IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Tawni Bennett, | § § § | |
| Plaintiff, | § § | Civil Action No. Case 4:21-cv-00340-ALM |
| v. | § § | |
| Veterans Aid PAC, Inc., | § § § | |
| Defendant. | § § § § | |

PLAINTIFF'S PROPOSED JURY INSTRUCTION

AND NOW, Plaintiff Tawni Bennett, by and through her undersigned counsel, over the objection of Defendant Veterans Aid Pac, Inc., hereby submits her proposed jury instructions:

PLAINTIFF'S PROPOSED JURY INSTRUCTION NO. 1:
SOUNDBOARD TECHNOLOGY IS AN ARTIFICIAL OR PRE-RECORDED VOICE

Soundboard technology is an audio technology where pre-recorded clips and artificial voice technology is played in a manner responds to human prompts to emulate a two-way conversation. The Federal Trade Commission and Federal Communications Commission have both concluded that soundboard technology is a pre-recorded or artificial voice as defined by the TCPA.

Accordingly, you are not being asked to determine whether soundboard technology is a pre-recorded or artificial voice. If you conclude soundboard technology was used, then you have concluded that a pre-recorded or artificial voice was used.

*Soundboard Ass'n v. FTC*, 435 U.S. App. D.C. 208, 209, 888 F.3d 1261, 1262 (D.C. Circ. 2018); *FCC Declaratory Ruling and Order DA 20-1507 (Dec. 18, 2020)*

Truly yours,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg
Kimmel & Silverman, P.C.
30 E. Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888 ext. 104
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Dated: June 6, 2022

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify I served a copy of the foregoing on all parties of record via ECF.

*/s/ Jacob U. Ginsburg*